AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-CV-16049-KSH-JRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Eric Camins**
was recieved by me on  **12/03/2025:**

[X]   I personally served the summons on the individual at **13 Carter Rd, West Orange, NJ 07052** on **12/03/2025 at 6:11 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 73.14** for services, for a total of **$ 73.14**.

I declare under penalty of perjury that this information is true.

Date:   12/03/2025

*Server's signature*

**Thadeus Chambliss**
*Printed name and title*

**327 East 31st Street**
**Paterson, NJ 07504**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Eric Camins with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'-5'4" tall and weighing 140-160 lbs.**





Tracking #: **0197684943**