Civil Action No.    2:25-cv-16049-KSH-JRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Tova Fry**
was recieved by me on **12/08/2025:**

[X]  I personally served the summons on the individual at **6 Larkin Cir, Unit 6, West Orange, NJ 07052** on **12/08/2025 at 4:28 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 118.19** for services, for a total of **$ 118.19**.

I declare under penalty of perjury that this information is true.

Date:  12/08/2025

_____
*Server's signature*

**AdeBusola Doregos**
*Printed name and title*

**325 Bergen Ave
Apt 101
Kearny, NJ 07032**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL CASE, to Tova Fry with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact over 65 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**



Tracking #: **0198305175**

