THEODORE BOHN, MSW
Attorney at Law
90 Montgomery Street
Bloomfield, NJ 07003
631-512-2412
Ted1091@gmail.com

December 23, 2025

Clerk, USDC – DNJ
50 Market Street
Newark, NJ 07102

Re: USDOJ v. Party for Socialism, et al.
<u>Docket No.:  2:25cv16049</u>

Dear Sir/Madam,

     Pursuant to local Rule 6.1, I hereby request an automatic extension of time in which to answer/move on behalf of defendants Eric Camins and Matthew Dragon.

     Based on the Plaintiff's affidavit of service, the time in which to respond to the Complaint expires tomorrow (December 24, 2025).

     No prior application for an extension of time has been made on behalf of these defendants.

     Thank you.

Very truly yours,

/s Theodore Bohn

Theodore Bohn, MSW

Cc:  USDOJ (via electronic filing system)