**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| Plaintiff(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)] |
| v. | Civil Action No. _____ |
| Defendant(s) |  |

Application is hereby made for a Clerk's Order extending time within which defendant(s) _____ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on_____; and
3. Time to Answer, Move or otherwise Reply expires on _____.

                                                                                                                        _____
                                                                                                                        Attorney for Defendant(s)

                                                                                                                        _____
                                                                                                                        Mailing Address

                                                                                                                        _____
                                                                                                                        City, State, Zip Code

**ORDER**

    The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

                                                                                       By:_____
                                                                                                             Deputy Clerk