Osama Abuirshaid
AMPNJ@AMPalestine.org

Date: December 19, 2025

Honorable Katharine S. Hayden
United States District Judge
Magistrate Judge José R. Almonte
United States District Court

SO ORDERED.

Hon. José R. Almonte, U.S.M.J.
Date: December 30, 2025

District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re: *USA v. Party for Socialism and Liberation, et. al*. – Civil Action No. 25-cv-16049: Request for Extension of Time to Respond

Her Honor Judge Katharine S. Hayden:

I respectfully write to request an extension of time to file my response to the Complaint in the above-captioned matter. Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.1 of the District of New Jersey, I request an extension of 47 days, extending my deadline to respond from Wednesday, December 24, 2025, to Monday, February 9, 2026.

This request is made in good faith and before the expiration of the current deadline. Additional time is necessary to permit the undersigned to secure counsel in this serious matter and due to anticipated widespread office closures during the holiday season. The requested extension will not prejudice any party. This is my first request for an extension of time in this matter. Thank you for your consideration of this request.

Respectfully submitted,

*Osama Abuirshaid*

Osama Abuirshaid
Executive Director, American Muslims for Palestine