**THEODORE BOHN, MSW**
*Attorney at Law*
90 Montgomery Street
Bloomfield, NJ 07003
631-512-2412
Ted1091@gmail.com

December 24, 2025

SO ORDERED.

Hon. Jose R. Almonte, USMJ
United States District Court
District of New Jersey
Hon. Jose R. Almonte, U.S.M.J.
50 Walnut Street
Date: December 30, 2025
Newark, NJ 07102

Re: USDOJ v. Party for Socialism, et al.
Docket No.: 2:25cv16049

Dear Magistrate Almonte,

    I write on behalf of defendants Eric Camins and Matthew Dragon to request an extension of thirty days in which to Answer or otherwise move. The time in which to respond expires today. I filed a letter request for an automatic extension yesterday which was denied because I did not use the form, notwithstanding that all of the information (and more) requested on the form was supplied by my letter application. I refiled the request using the form, but can not reach anyone in the Clerk's office today.

    I have also reached out to Mr. Gross, plaintiff's counsel, but have not heard back.

    Other than the application referenced above, no prior/other application for an extension of time has been made on behalf of these defendants.

    Thank you.

Respectfully submitted,

/s Theodore Bohn
Theodore Bohn, MSW

Cc: Jonathan Gross, Esq. (via ecf)