UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

            Plaintiff

v.

TOVA FRY, ET AL.,

            Defendants

CIVIL ACTION NO.
2:25-CV-16049

APPLICATION FOR AN EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY

Application is hereby made to the Court for an Order extending the time within which defendant Tova Fry may answer, move, or otherwise reply to the Complaint filed by plaintiff herein, until February 20, 2026, on consent of plaintiff, and it is further represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on December 16, 2025, and
3. Time to answer, move, or otherwise reply expires on January 6, 2026

s/ Julie Fry
Attorney for Defendant
27 Lessing Rd
West Orange, NJ 07052.

Dated: January 4, 2026

ORDER

The above application is GRANTED extended to February 20, 2026.

SO ORDERED.

Hon. José R. Almonte, U.S.M.J.
Date: January 5, 2026