**THEODORE BOHN, MSW**
Attorney at Law
90 Montgomery Street
Bloomfield, NJ 07003
631-512-2412
[Ted1091@gmail.com](mailto:Ted1091@gmail.com)

January 13, 2026

Hon. Jose R. Almonte, USMJ
District Court of New Jersey
50 Walnut Street
Newark, NJ 07102

Re: USDOJ v. Party for Socialism and
Liberation New Jersey, et al.
<u>Docket No.:   2:25cv16049</u>

Dear Magistrate Almonte,

    I am presently counsel of record for defendant Eric Camins. It is my practice to consent to all motions for *Pro Hac Vice* admission, absent a specific, individualized objection.  Accordingly, counsel moving for admission *Pro Hac Vice* may signify my consent.

    More specifically, I consent to the admission *Pro Hac Vice* of Ronald Kuby in this matter.

    Thank you.

Very truly yours,

/s Theodore Bohn

Theodore Bohn, MSW

Cc:  All parties of Record via ECF