UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION NO.
2:25-CV-16049

UNITED STATES OF AMERICA,

Plaintiff

v.

TOVA FRY, ET AL.,

Defendants

NOTICE OF MOTION

To: Jonathan Gross,
U.S. Department of Justice

PLEASE TAKE NOTICE, that upon the annexed Certification of Ronald L. Kuby, pro hac vice applicant herein, the undersigned will move this Court, at a term thereof, on February 17, 2026, at the Courthouse, Martin Luther King Building, 50 Walnut Street, Newark, NJ, for an Order admitting applicant *pro hac vice* in the above-entitled matter.

Moving counsel, a member of the Bar of this Court in good standing, has filed an appearance in the above-entitled matter.

Yrs., etc.

s/ Julie Fry
Attorney for Defendant
27 Lessing Rd
West Orange, NJ 07052.
(646) 338-9148

Dated: January 14, 2026

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION NO.
2:25-CV-16049

UNITED STATES OF AMERICA,

Plaintiff

v.

TOVA FRY, ET AL.,

Defendants

CERTIFICATION OF PRO HAC VICE APPLICANT

Ronald L. Kuby hereby certify, under the pains and penalties of perjury, pursuant to 28 U.S.C. 1746, that the following is true:

1. I am attorney in good-standing of every court to which I am a member, which are the State of New York (admitted 1984); United States District Courts for the Southern District of New York (admitted 1984), Eastern District of New York (admitted 1992), and District of Connecticut (admitted 1985—inactive status); the United States Courts of Appeals for the Second Circuit (admitted 1986), Third Circuit (admitted 1989, inactive), Fourth Circuit (admitted 1986), Sixth Circuit (admitted 1990), and Eighth Circuit (admitted 1990); and the Supreme Court of the United States (admitted 1989).
2. These are the addresses of the official or office maintaining the roll of such members of the bars where I am admitted.

   New York: Office of Court Administration, New York State Unified Court System, Attorney Registration Unit - Room 840, 25 Beaver Street, New York, NY 10004.

   SDNY: Attorney Services, United States District Court, 500 Pearl Street, New York, NY 10007.

EDNY: Clerk of Court's, Brenna Mahoney, 225 Cadman Plaza East, Brooklyn, NY 11201.

D.Conn: United States District Court, Dinah Milton Kinney, Clerk of Court, 141 Church Street, New Haven, CT 06510.

Second Circuit: Thurgood Marshall United States Courthouse, Clerk's Office, Catherine O'Hagan Wolfe, Clerk of Court, 40 Foley Square, New York, New York 10007.

Third Circuit: Office of the Clerk, United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1790.

Fourth Circuit: Office of the Court of Clerk, Lewis F. Powell, Jr. United States Courthouse Annex, 1100 East Main Street, Suite 501, Richmond, Virginia 23219-3517.

Sixth Circuit: Office of the Clerk, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, Ohio 45202-3988.

Eighth Circuit: Clerk of Court's Office, United States Court of Appeals for the Eighth Circuit, Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, Suite 203, St. Louis, MO 63102.

U.S. Supreme Court: Clerk, Supreme Court of the U. S., ATTN: Admissions Office, One First Street, NE, Washington, DC 20543.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been imposed upon me in any jurisdiction.

4. All parties have consented to my admission *pro hac vice.*

s/ Ronald L. Kuby

Dated: January 14, 2026
New York, NY