

| | | |
|---|---|---|
| 300 Carnegie Center, Suite 150<br>Princeton, New Jersey 08540* | **SUMNER LAW LLP**<br>ATTORNEYS AT LAW | 245 Main Street, Suite 605<br>White Plains, New York 10601 |
| Sonya M. Sumner° | | Drew W. Sumner¨ |
| *Please direct all mail to this address. | Telephone: (609) 955-6972 | (914) 559-2966 | Fax: (914) 992-7671 | °Admitted in NJ and NY<br>¨Admitted in NY |

January 25, 2026

<u>**Via ECF**</u>
Hon. José R. Almonte
U.S. Magistrate Judge
District of New Jersey
2 Federal Square
Newark, New Jersey 07102

      Re: *USA v. Party for Socialism and Liberation New Jersey, et al.*
         Case No.: 2:25-cv-16049 (KSH)(JRA)

Dear Judge Almonte:

  As the Court is aware, this office represents Defendant Altaf Sharif in the above-mentioned matter. I write today, pursuant to Local Rule 6.1, to respectfully request an extension of time to respond to Plaintiff's Complaint. Mr. Sharif's deadline to respond is presently February 9, 2026, and a Wavier of Service, executed on Mr. Sharif's behalf, was filed by Plaintiff on December 18, 2025 (Document No. 7). With Plaintiff's consent, through Jonathan Gross, Esq., counsel for the Department of Justice, I request that Mr. Sharif's deadline be extended to February 20, 2026, to coincide with other defendants' deadlines to respond to Plaintiff's Complaint. This is Mr. Sharif's first request for an extension of time to respond to Plaintiff's Complaint.

  Thank you for Your Honor's courtesy and consideration.

                Respectfully submitted,

                *Sonya M. Sumner*
                Sonya M. Sumner

To: Counsel of record via ECF.