UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARTY FOR SOCIALISM AND )<br>LIBERATION NEW JERSEY, AMERICAN )<br>MUSLIMS FOR PALESTINE NEW JERSEY, )<br>TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, )<br>MATT DRAGON, ERIC CAMINS, JANE DOE, )<br>and JOHN DOE )<br>Defendants )<br>_____ ) | Civil Action No. 2:25-cv-16049<br><br>Motion Day: February 2, 2026<br><br>Oral Argument Requested<br><br>**NOTICE OF MOTION** |

Please take notice that Plaintiff United States of America will move before the Court on or before February 2, 2026, for an Order staying all proceedings in this action pending the resolution of a related criminal investigation. In support of this motion, the United States relies on a memorandum of law.

Counsel for Plaintiff conferred with all opposing counsel of record, including sending copies of this Notice of Motion, the Memorandum of Law in Support, and the Proposed Order, via email. Defendants Fry, Camins, and Sharif advised that they oppose the motion and requested an opportunity to file briefs in opposition.

DATED: January 27, 2026.         Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General

Civil Rights Division

/s/ Jonathan Gross
JONATHAN S. GROSS
Counsel to the Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Constitution Ave., NW
Washington, DC 20530
(202) 251-0996
Jonathan.Gross@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system and served electronically on all counsel of record Additionally, the document was served via electronic mail on: Osama Abuirshaid, Esq., for Defendant AMP, at AMPNJ@AMPalestine.org, and will be sent via first class mail to Matt Dragon at: 13 Sheridan Ave., West Orange, NJ 07052.

/s/ Jonathan Gross
JONATHAN S. GROSS
Counsel to the Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Constitution Ave., NW
Washington, DC 20530
(202) 251-0996
Jonathan.Gross@usdoj.gov
