UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARTY FOR SOCIALISM AND ) <br> LIBERATION NEW JERSEY, AMERICAN ) <br> MUSLIMS FOR PALESTINE NEW JERSEY, ) <br> TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, ) <br> MATT DRAGON, ERIC CAMINS, JANE DOE, ) <br> and JOHN DOE ) <br> Defendants ) <br> _____) | Civil Action No. 2:25-cv-16049 |

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING CRIMINAL INVESTIGATION**

This matter comes before the Court on the motion of Plaintiff United States of America to stay all proceedings in this action pending the resolution of a related criminal investigation.

Having considered the motion, the memorandum of law in support thereof, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED.

All proceedings in this civil action, including but not limited to filings of answers, responsive motions, discovery, and scheduling conferences, are STAYED until the resolution of the related criminal investigation or further order of this Court.

The parties shall notify the Court within fourteen (14) days of the resolution of the criminal investigation or any material change in its status that may warrant lifting the stay.

SO ORDERED.

Dated: _____, 2026.    _____
                                                                                                 UNITED STATES DISTRICT JUDGE