Sonya M. Sumner, Esq.
**SUMNER LAW LLP**
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
Telephone: (609) 955-6972
Facsimile: (914) 992-7671
sonya.sumner@sumnerllp.com
*Attorneys for Defendant Altaf Sharif*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE and JOHN DOE,<br><br>Defendants. | Civil Action No.: 2:25-cv-16049<br><br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTOPHER P. BEALL, ESQ., JEREMIAH RYGUS, ESQ., AND DREW W. SUMNER, ESQ.** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Sonya M. Sumner, the Declaration of Christopher P. Beall, the Declaration of Jeremiah Rygus, the Declaration of Drew W. Sumner, and all exhibits thereto, Defendant Altaf Sharif, through his attorneys Sumner Law LLP, will move this Court, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on March 2, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Local Civ. R. 101.1 (c) for the *pro hac vice* admission of Christopher P. Beall, Esq., Jeremiah Rygus, Esq., and Drew W. Sumner, Esq., as counsel in this matter for Altaf Sharif.

PLEASE TAKE FURTHER NOTICE that all counsel of record have consented to this Motion.

A proposed form of Order is attached.

Dated: Princeton, New Jersey
January 30, 2026

Respectfully submitted,

*Sonya M. Sumner*
Sonya M. Sumner
Sumner Law LLP
*Attorneys for Altaf Sharif*
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
Tel.: (609) 955-6972
sonya.sumner@sumnerllp.com

To:   Counsel of record via ECF.