Sonya M. Sumner, Esq.
**SUMNER LAW LLP**
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
Telephone: (609) 955-6972
Facsimile: (914) 992-7671
sonya.sumner@sumnerllp.com
*Attorneys for Defendant Altaf Sharif*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE and JOHN DOE,<br><br>Defendants. | Civil Action No.: 2:25-cv-16049<br><br><br>**DECLARATION OF JEREMIAH RYGUS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Jeremiah Rygus, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an attorney at Recht Kornfeld PC, which along with Sumner Law LLP, is counsel to Defendant Altaf Sharif (the "Movant") in this matter. I submit this Declaration in support of the Movant's application for my admission *pro hac vice* pursuant to Local Rule 101.1(c).

2. I am a member in good standing of the Bars of the State of New York, and the United States District Courts for the Southern and Eastern Districts of New York. A chart listing all other information pertinent to these admissions and required by the Local Civil Rules is attached hereto as Exhibit "A."

1

3. Mr. Sharif is represented in this matter by Sonya M. Sumner, Esq. of Sumner Law LLP. Mr. Sharif has requested that I also represent him in this case.

4. There are no disciplinary proceedings pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I understand my continuing obligation during the period of my admission to advise the Court of any disciplinary proceeding that may be instituted against me.

5. I am ineligible for plenary admission to the bar of this Court pursuant to Local Civil Rule 101.1(b).

6. I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the Local Rules of this Court.

7. The issues raised in this litigation involve areas with which I have experience in the law.

8. Pursuant to the rules of this Court, all pleadings submitted on behalf of Mr. Sharif in this litigation will be signed by Sonya M. Sumner, Esq. of Sumner Law LLP.

9. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and all other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

10. I respectfully request that I be admitted to appear and practice before this Court in this matter.

11. In accordance with Local Civil Rule 101.1(c)(2), I agree to make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule

1:28-2(a) and to make such other payments to the Clerk of the Court as required by Local Rule 101.1(c).

Dated: New York, New York
      January 22, 2026

_Jeremiah Rygus_

## **EXHIBIT A**

## APPLICATION OF JEREMIAH RYGUS FOR ADMISSION *PRO HAC VICE* IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY JURISDICTIONS AND DATES ADMITTED

| JURISDICTION | DATE ADMITTED | NAME AND ADDRESS OF CUSTODIAN OF ROLL OF ATTORNEYS |
|---|---|---|
| New York | 1/5/2014 | New York State Office of Court Administration Attorney Registration Unit, 25 Beaver Street, Room 840, New York, NY 10004 |
| Southern District of New York | 12/16/2025 | Tammi M. Hellwig, Clerk of Court Daniel Patrick Moynihan U.S. Courthouse 500 Pearl Street, New York, NY 10007 |
| Eastern District of New York | 12/19/2025 | Brenna B. Mahoney, Clerk of Court United States District Court for the New York Eastern District 225 Cadman Plaza East, Brooklyn, NY 11201 |
| | | |
| | | |
| | | |
| | | |