DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

United States of America

Plaintiff(s),

v.

Tova Fry, et al.

Defendant(s)

REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION

Civil Action No. 2:25-cv-16049

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

s/Julie Fry
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Ronald L. Kuby

Firm: Law Office of Ronald L. Kuby

Address: 119 West 23rd Street
Suite 900
New York, NY 10011

Email: ronaldlkuby@gmail.com

Phone: 9176023992

Admitted on behalf of: Tova Fry, Defendant