**Admani Law**

Saad Admani, Esq.
Partner

T. 201-502-5243
F. 201-578-2320

Admani Law LLC
101 Hudson Street, 21st Floor
Jersey City, NJ 07302

sadmani@admanilaw.com
www.admanilaw.com

February 6, 2026

SO ORDERED.

_____
Hon. José R. Almonte, U.S.M.J.
Date: February 9, 2026

Via ECF
Hon. José R. Almonte
U.S. Magistrate Judge
District of New Jersey
2 Federal Square
Newark, New Jersey 07102

        Re:    *USA v. Party for Socialism and Liberation New Jersey, et al.*
                  Case No.: 2:25-cv-16049 (KSH)(JRA)

Dear Judge Almonte:

    As the Court is aware, this office represents Defendant American Muslims for Palestine New Jersey (AMP-NJ) in the above-mentioned matter. I write today, pursuant to Local Rule 6.1, to respectfully request an extension of time to respond to Plaintiff's Complaint. AMP-NJ's deadline to respond is presently February 9, 2026. With Plaintiff's consent, through Jonathan Gross, Esq., counsel for the Department of Justice, I request that AMP-NJ's deadline be extended to February 20, 2026, to coincide with other Defendants' deadlines to respond to Plaintiff's Complaint. AMP-NJ previously obtained an extension before it located counsel. This is AMP-NJ's first request for an extension of time to respond to Plaintiff's Complaint after obtaining counsel.

    Thank you for Your Honor's courtesy and consideration.

Dated: February 6, 2026

                                          /s/ Saad Admani
                                        Saad Admani, Esq.

To: Counsel of record via ECF.