AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

New Jersey

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-16049-KSH-JRA |
| Party for Socialism and Liberation New Jersey, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States (Plaintiff)              .

Date:   02/13/2026

/s/ Gregory Dolin
*Attorney's signature*

Gregory Dolin (NY Bar No. 4326294)
*Printed name and bar number*
DOJ-Crt
950 Pennsylvania Ave NW
Washington, DC 20530

*Address*

gregory.dolin@usdoj.gov
*E-mail address*

*Telephone number*

*FAX number*