

**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC  20530*

February 17, 2026

**VIA ELECTRONIC CASE FILING (ECF)**

The Honorable Katharine S. Hayden
United States District Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 5
Newark, NJ  07102

**Re:** *United States v. Party for Socialism & Liberation-NJ, et al.*,
**Case No. 2:25-cv-16049-KSH-JRA**
**Request for Continuance of Motions Date**

Dear Judge Hayden:

      The United States Department of Justice, Civil Rights Division, has brought the above-captioned civil action against Defendants Party for Socialism & Liberation-NJ, American Muslims For Palestine New Jersey, Tova Fry a/k/a Terry Kay, Altaf Sharif, Matt Dragon, Eric Camins, and two "Jane Does" pursuant to the Freedom of Access to Clinic Entrances Act, 18 U.S.C. § 248.  On January 27, 2026, the United States filed a Motion to Stay the proceedings, ECF No. 28, with a Motions Date set for March 2, 2026.  We write with the consent of all Defendants to respectfully request a continuance of the Motions Date to March 16, 2026, which resets the deadline for any Defendant's opposition to March 2, 2026,  and the deadline for the United States' replies to March 9, 2026.

      We respectfully suggest that good cause exists for this proposed briefing schedule.  Within the last week, new counsel has begun representation of the United States in this matter.  This requested continuance will provide counsel additional time to come up to speed in the case to ensure effective and efficient representation.  Furthermore, this proposed briefing schedule will allow all Parties additional time to provide the Court with complete briefing on the issues raised by the United States' Motion to Stay.

      If the Court is willing to grant this application, we respectfully request that Your Honor "So Order" this letter and submit it to the Clerk for docketing.

      We thank Your Honor for your consideration of this request.

        Respectfully submitted,

        Harmeet K. Dhillon
        Assistant Attorney General
        Civil Rights Division

By:  */ s / Gregory Dolin*
      Gregory Dolin
      Senior Counsel
      Civil Rights Division

cc:    All counsel of record (via ECF)