UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION NO.
2:25-CV-16049

UNITED STATES OF AMERICA,

Plaintiff

v.

AMERICAN MUSLIMS FOR PALESTINE
NEW JERSEY, ET AL.,

Defendants

NOTICE OF MOTION

To:   Jonathan Gross,
      U.S. Department of Justice

PLEASE TAKE NOTICE, that upon the annexed Certification of LAUREN REGAN, pro hac vice applicant herein, the undersigned will move this Court, at a term thereof, on February 20, 2026, at the Courthouse, Martin Luther King Building, 50 Walnut Street, Newark, NJ, for an Order admitting applicant *pro hac vice* in the above-entitled matter.

Moving counsel, a member of the Bar of this Court in good standing, has filed an appearance in the above-entitled matter.

Dated: February 18, 2026

*/s/ Saad Admani*
Local Counsel for Defendant
Admani Law LLC
101 Hudson Street, 21st Floor
Jersey City, NJ 07302
(201) 502-5243