UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION NO.
2:25-CV-16049

UNITED STATES OF AMERICA,

Plaintiff

v.

AMERICAN MUSLIMS FOR PALESTINE
NEW JERSEY, ET AL.,

Defendants

CERTIFICATION OF PRO HAC VICE APPLICANT

I, Lauren Regan, hereby certify under the pains and penalties of perjury, pursuant to 28 U.S.C. 1746, that the following is true:

1. I am an attorney in good-standing of every court to which I am a member, which are Oregon State Courts (4/97) and Oregon Federal District Courts (5/97), the Ninth Circuit Court of Appeals (7/98), Second Circuit Court of Appeals (07/20), US District Court DC (8/20), US District Court North Dakota (11/16), US District Court Colorado (11/20); and the U.S. Supreme Court (10/03). In the past I have been admitted Pro Hac Vice (for a particular case) to the US District Courts for Western Washington, Northern District California, Florida Middle District, Illinois Northern District, Iowa Southern District, and New York Southern District and several additional state courts.

2. This is the address of the official or office maintaining the roll of such members of the bar where I am admitted: Oregon State Bar, PO Box 231935, Tigard, OR 97281. I was admitted April 15, 1997, and my bar number is 970878.

And for the courts I am admitted to:

Oregon State Courts-- Nancy Cozine, State Court Administrator, Supreme Court Building, 1163 State Street, Salem, OR 97301-2563; ojd.info@ojd.state.or.us.

Oregon Federal District Courts -- Melissa Aubin, Clerk of Court, Wayne L. Morse U.S. Courthouse, 405 East Eighth Avenue, Eugene, OR 97401.

Ninth Circuit Court of Appeals -- Molly C. Dwyer, Clerk of Court, Office of the Clerk U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939.

Second Circuit Court of Appeals -- Thurgood Marshall United States Courthouse, Clerk's Office, Catherine O'Hagan Wolfe, Clerk of Court, 40 Foley Square, New York, New York 10007.

US District Court DC (7/22), Angela Caesar, Clerk of the Court, 333 Constitution Avenue, N.W., Washington, DC 20001, Room 1225.

US District Court North Dakota –Kari Knudsen, Clerk of the Court, William L. Guy Federal Bldg., U.S. Courthouse. PO Box 1193, 220 East Rosser Ave. #476, Bismarck ND 58502-1193.

US District Court Colorado –Jeffrey Colwell, Clerk of the Court, Alfred A. Arraj United States Courthouse, Room A105, 901 19th Street, Denver, CO 80294-3589.

U.S. Supreme Court -- Clerk, Supreme Court of the U. S., ATTN: Admissions Office, One First Street, NE, Washington, DC 20543.

And for the courts I was previously admitted PHV (for a particular case) to:

US District Courts for Western Washington, Joshua Lewis, Clerk of the Court, U.S. District Court, Clerk's Office, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

Northern District California, Mark Busby, Clerk of Court, Office of the Clerk, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102-3489.

Florida Middle District, Elizabeth Warren, Clerk of Court, Tampa Division, 801 North Florida Avenue, Tampa, Florida 33602.

Illinois Northern District, Thomas G. Bruton, Clerk of Court, Dirken Federal Building, 219 S.Dearborn, 20th Fl., Chicago, IL 60604.

Iowa Southern District, Chandler Collins, Clerk of Court, U.S. District Court Southern District of Iowa, 111 Locust Street, Des Moines, IA 50309.

New York Southern District, Attorney Services, United States District Court, 500 Pearl Street, New York, NY 10007.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been imposed upon me in any jurisdiction.

4. All parties have consented to my admission *pro hac vice.*

Dated:  February 18, 2026
       Eugene, OR

                                        */s/ Lauren Regan*
                               Of Attorneys for Defendant
                               Civil Liberties Defense Center
                               1711 Willamette St., Suite 301 #359
                               Eugene, OR 97401
                               (541) 687-9180