UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | 2:25-CV-16049 |
| Plaintiff | ) | |
| v. | ) | Motion date: March 16, 2026 |
| | ) | |
| TOVA FRY, ET AL., | ) | |
| Defendants | ) | |

**NOTICE OF MOTION**

To:  U.S. Department of Justice
Gregory Dolin
Jonathan Gross

PLEASE TAKE NOTICE, that upon the annexed Certification of Ronald L. Kuby, Exhibit A thereto, and all prior papers filed herein, the undersigned will move this Court, at a term thereof, on March 16, 2026, at the Courthouse, Martin Luther King Building, 50 Walnut Street, Newark, NJ, for an Order dismissing the above action pursuant to Fed. R. Civ. P. 12(b)(6).

Yrs., etc.

s/ Julie Fry
Attorney for Defendant
27 Lessing Rd
West Orange, NJ 07052.
(646) 338-9148

s/ Ronald L. Kuby
Admitted *pro hac vice*
Law Office of Ronald L. Kuby
119 West 23rd Street, Suite 900
New York, NY 10011
(917) 602-3992

Dated February 19, 2026

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | CIVIL ACTION NO. |
| ) | | 2:25-CV-16049 |
| Plaintiff ) | | |
| v. ) | | Motion date: March 16, 2026 |
| ) | | |
| TOVA FRY, ET AL., ) | | |
| Defendants ) | | |

**CERTIFICATION**

Ronald L. Kuby hereby certifies, under the pains and penalties of perjury, pursuant to 28 U.S.C. 1746, that the following is true:

1. Attached hereto as Exhibit A is a true and exact copy of the letter delivered by defendant. Fry to one Moshe Glick, referred to in the Complaint in the above-entitled matter.

Respectfully submitted,

s/ Ronald L. Kuby

Dated:  February 19, 2026