UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> TOVA FRY, ET AL., ) <br> Defendants ) <br> ) | Hon. Katharine S. Hayden, U.S.D.J. <br><br> Hon. José R. Almonte, U.S.M.J <br><br> CIVIL ACTION NO. <br> 2:25-CV-16049 <br><br> Motion date: March 16, 2026 |

## ORDER

The parties, having come before the Court on Defendant's Motion to Dismiss, the Court having considered the papers submitted, having heard oral argument, and for good cause shown:

**IT IS** on this ___ day of _____ 2026, **ORDERED** that:

Defendant's Motion to Dismiss is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record within ___ days of the date thereof.

_____