UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. 2:25-CV-16049 |
| Plaintiff, | Motion Day: March 16, 2026 |
| v. | Oral Argument Requested |
| TOVA FRY, ET AL., | NOTICE OF MOTION |
| Defendants. | |

Please take notice that Defendant American Muslims for Palestine New Jersey (AMP-NJ) will move before the Court on or before March 16, 2026, for an Order dismissing Plaintiff's claim against AMP-NJ. In support of this motion, Defendant AMP-NJ relies on a memorandum of law.

    Respectfully submitted,
       s/ Saad Admani
    Saad Admani, Esq.
    Admani Law LLC
    101 Hudson Street, 21st Floor
    Jersey City, NJ 07302
    (201) 502-5243
    sadmani@admanilaw.com
    Of Attorneys for Defendant American Muslims for Palestine New Jersey