UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN  MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE, and JOHN DOE,<br><br>              Defendants. | Civil Action No. 2:25-CV-16049<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

The Court having considered the Motion to Dismiss For Failure to State a

Cause of Action on behalf of Matt Dragon, IT IS HEREBY ORDERED,

ADJUDGED, AND DECREED that the Motion is granted with / without prejudice

Dated: _____.

_____
HON. KATHRYN HAYDEN
United States District Judge