IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE and JOHN DOE,<br><br>                Defendants. | Hon. Katharine S. Hayden, U.S.D.J.<br>Hon. José R. Almonte, U.S.M.J.<br><br>Civil Action No.: 2:25-cv-16049<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Jeremiah Rygus, and all exhibits thereto, Defendant Altaf Sharif, through his attorneys Sumner Law LLP, will move this Court, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on March 16, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's Complaint and for such other and further relief as the Court may deem necessary and appropriate.

Defendant requests that the Court schedule oral argument. A proposed form of Order is attached.

Dated: Princeton, New Jersey
      February 20, 2026

Respectfully submitted,

s/ Sonya M. Sumner_____
Sonya M. Sumner
Sumner Law LLP
*Attorneys for Altaf Sharif*
300 Carnegie Center Drive, Suite 150
Princeton, New Jersey 08540
Tel.: (609) 955-6972
sonya.sumner@sumnerllp.com

To:    Counsel of record via ECF.

## CERTIFICATE OF SERVICE

I certify that on February 20, 2026, I caused a copy of the foregoing Notice of Motion, accompanying Memorandum of Law, Declaration of Jeremiah Rygus (with exhibits), proposed Order, and Notice of Conventionally Submitted Materials to be served via the Court's electronic filing system upon all counsel of record.

s/ Sonya M. Sumner\
Sonya M. Sumner
