UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>Plaintiff,<br><br>v.<br><br>**PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY**, **AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY**, **TOVA FRY** a/k/a TERRY KAY, **ALTAF SHARIF**, **MATT DRAGON**, **ERIC CAMINS**, JANE DOE and JOHN DOE,<br><br>Defendants. | Hon. Katharine S. Hayden, U.S.D.J.<br><br>Hon. José R. Almonte, U.S.M.J.<br><br>Civil Action No. **2:25-cv-16049**<br><br>**DECLARATION OF JEREMIAH RYGUS** |

JEREMIAH RYGUS declares the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice in the state of New York, the Southern and Eastern Districts of New Yok, and *pro hac vice* for this matter in the District of New Jersey. I am counsel at the law firm of Recht Kornfeld, P.C., who represents Altaf Sharif in this matter.

2. I make this declaration in order to place before the Court certain materials in support of the Defendant, Altaf Sharif's, Motion to Dismiss Civil Action 2:25-cv-16049 pursuant to Fed. R. Civ. P. 12(b)(6).

1

3. Exhibit "A" is a copy of a Declaration by Logan Teisch, Assistant Prosecutor in the Essex County Prosecutor's Office.

4. Exhibit "B" is a copy of the following files that I received from Assistant Prosecutor Logan Teisch:

    a. Sgt._Squires_1_of_2.MP4

    b. Sgt._Squires_2_of_2.MP4

    c. Officer_Tutela_1_of_3.MP4

    d. Officer_Tutela_2_of_3.MP4

    e. Officer_Tutela_3_of_3.MP4

    f. Officer_Torrisi_1_of_1.MP4

    g. Officer_Tiernan_1_of_2.MP4

    h. Officer_Tiernan_2_of_2.MP4

    i. Officer_Puchacz_1_of_2.MP4

    j. Officer_Puchacz_2_of_2.MP4

    k. Officer_Granados_1_of_1.MP4

    l. Officer_Banta_1_of_1.MP4

    m. Lt._Jiroux_1_of_2.MP4

    n. 5-Video of Synagogue Security

    o. 4-Full Incident.MP4

5. The previously mentioned video files represent all of the video footage that I received from Assistant Prosecutor Logan Teisch.

6. The previously mentioned files have not been edited nor altered in any way and are being submitted in the same condition that I received them.

7. Exhibit "C" is a ten-minute summary video, comprised of excerpts from Exhibit "B" (the previously mentioned videos).

8. All of the footage depicted in Exhibit "C" comes from the files listed above, which constitutes Exhibit "B" and has not been manipulated in any way.

9. Exhibit "C" does not contain any footage not submitted to the Court as part of Exhibit "B."

10. The documents referenced above are true and correct copies of what they purport to be.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2026

s/ Jeremiah Rygus
Jeremiah Rygus
RECHT KORNFELD, P.C.
90 Broad Street, Suite 703
New York, New York 10004

*Attorneys for Defendant Altaf Sharif*