UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, <br><br> v. <br><br> **PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY**, **AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY**, **TOVA FRY** a/k/a TERRY KAY, **ALTAF SHARIF**, **MATT DRAGON**, **ERIC CAMINS**, JANE DOE and JOHN DOE, Defendants. | Hon. Katharine S. Hayden, U.S.D.J. <br><br> Hon. José R. Almonte, U.S.M.J. <br><br> Civil Action No. **2:25-cv-16049** <br><br> **DECLARATION OF LOGAN TEISCH** |

_____

### DECLARATION OF ASSISTANT PROSECUTOR FOR THE ESSEX COUNTY PROSECUTOR'S OFFICE, LOGAN TEISCH
_____

LOGAN TEISCH declares the following pursuant to 28 U.S.C. § 1746:

1.  I am an attorney admitted to practice in the state of New Jersey, and am an assistant prosecutor with the Homicide Task Force of the Essex County Prosecutor's Office. I am the lead prosecutor on Essex County Indictment Number 2025-10-2290,

1

which is captioned The State of New Jersey vs. Moshe Glick and Solomon Silberberg.

2. I make this declaration in order to place before the Court certain materials in support of the Defendant, Altaf Sharif's, Motion to Dismiss Civil Action 2:25-cv-16049 pursuant to Fed. R. Civ. P. §12(b)(6).

3. I have read the plaintiff's complaint filed in connection with Civil Action 2:25-cv-16049.

4. The files named Sgt._Squires_1_of_2.MP4 and Sgt._Squires_2_of_2.MP4 are true and accurate copies of the body worn camera footage in my possession provided to me by Sgt. Squires of the West Orange Police Department, that depict the incidents referenced in Civil Action 2:25-cv-16049.

5. The files named Officer_Tutela_1_of_3.MP4, Officer_Tutela_2_of_3.MP4, and Officer_Tutela_3_of_3.MP4 are true and accurate copies of the body worn camera footage in my possession provided to me by Officer Tutela of the West Orange Police Department, that depict the incidents referenced in Civil Action 2:25-cv-16049.

6. The file named Officer_Torrisi_1_of_1.MP4 is a true and accurate copy of the body worn camera footage in my possession provided to me by Officer Torrisi of the West Orange Police Department, that depicts the incidents referenced in Civil Action 2:25-cv-16049.

7. The files named Officer_Tiernan_1_of_2.MP4 and Officer_Tiernan_2_of_2.MP4 are true and accurate copies of the body worn camera footage in my possession provided to me by Officer Tiernan of the West Orange Police Department, that depict the incidents referenced in Civil Action 2:25-cv-16049.

8. The files named Officer_Puchacz_1_of_2.MP4 and Officer_Puchacz_2_of_2.MP4 are true and accurate copies of the body worn camera footage in my possession provided to me by Officer Puchacz of the West Orange Police Department, that depict the incidents referenced in Civil Action 2:25-cv-16049.

9. The file named Officer_Granados_1_of_1.MP4 is a true and accurate copy of the body worn camera footage in my possession provided to me by Officer Granados of the West Orange Police Department, that depicts the incidents referenced in Civil Action 2:25-cv-16049.

10. The file named Officer_Banta_1_of_1.MP4 is a true and accurate copy of the body worn camera footage in my possession provided to me by Officer Banta of the West Orange Police Department, that depicts the incidents referenced in Civil Action 2:25-cv-16049.

11. The file named Lt._Jiroux_1_of_2.MP4 is a true and accurate copy of the body worn camera footage in my possession provided to me by Lt. Jiroux of the

West Orange Police Department, that depicts the incidents referenced in Civil Action 2:25-cv-16049. This file is the only body worn camera footage of Lt. Jiroux that has been provided to me, and to my knowledge is the only body worn camera footage of Lt. Jiroux that relates to this matter. It is my understanding that labelling the file name 1 of 2 was simply a labelling error.

12. The file named 5-Video of Synagogue Security is a true and accurate copy of a video that was provided to me that depicts security camera footage that captured the incidents referenced in Civil Action 2:25-cv-16049.

13. The file named 4-Full Incident.MP4 is a true and accurate copy of a video that was provided to me that depicts the incidents referenced in Civil Action 2:25-cv-16049, and appears to be the source of the still images included in the plaintiff's complaint filed in connection with Civil Action 2:25-cv-16049.

14. The previously mentioned video files represent all of the video footage that I provided to counsel for Altaf Sharif.

15. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2026                    __/s/ Logan Teisch_____
                                            Assistant Prosecutor
                                            Essex County Prosecutor's Office
                                            50 West Market Street, 3rd Floor
                                            Newark, NJ  07102
                                            973-621-4602