# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY**, **AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY**, **TOVA FRY** a/k/a TERRY KAY, **ALTAF SHARIF**, **MATT DRAGON**, **ERIC CAMINS**, JANE DOE and JOHN DOE, <br><br> Defendants. | Hon. Katharine S. Hayden, U.S.D.J. <br><br> Hon. José R. Almonte, U.S.M.J. <br><br> Civil Action No. **2:25-cv-16049** <br><br> **PLACEHOLDER FOR EXHIBIT "B"** |

Exhibit "B" to the Declaration of Jeremiah Rygus is a collection of video files submitted on flash drive to the Court and all parties on February 20, 2026.

1