# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br> **PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY**, **AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY**, **TOVA FRY** a/k/a **TERRY KAY**, **ALTAF SHARIF**, **MATT DRAGON**, **ERIC CAMINS**, JANE DOE and JOHN DOE, <br><br>　　　　　　Defendants. | Hon. Katharine S. Hayden, U.S.D.J. <br><br> Hon. José R. Almonte, U.S.M.J. <br><br> Civil Action No. **2:25-cv-16049** <br><br> **PLACEHOLDER FOR EXHIBIT "C"** |

Exhibit "C" to the Declaration of Jeremiah Rygus is a video file submitted on flash drive to the Court and all parties on February 20, 2026.