UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY**, **AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY**, **TOVA FRY** a/k/a TERRY KAY, **ALTAF SHARIF**, **MATT DRAGON**, **ERIC CAMINS**, JANE DOE and JOHN DOE, <br><br> Defendants. | Hon. Katharine S. Hayden, U.S.D.J. <br><br> Hon. José R. Almonte, U.S.M.J. <br><br> Civil Action No. **2:25-cv-16049** <br><br> Motion Day: **March 16, 2026** <br><br> Oral Argument Requested |

___

### NOTICE OF CONVENTIONALLY SUBMITTED MATERIALS
___

Defendant Altaf Sharif by and through counsel, have sent to the Court, via FedEx, a flash drive containing Exhibits "B" & "C" to the Declaration of Jeremiah Rygus, submitted in support of Mr. Sharif's Motion to Dismiss Plaintiff's Complaint. The Exhibits consist of Body Worn Camera videos and clips.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 20, 2026 | s/ Sonya M. Sumner |
|  | Sonya M. Sumner |
|  | Drew W. Sumner |
|  | SUMNER LAW LLP |
|  | 300 Carnegie Center Drive, Suite 150 |
|  | Princeton, New Jersey 08540 |
|  |  |
|  | Jeremiah Rygus |
|  | Christopher P. Beall |
|  | RECHT KORNFELD, P.C. |
|  | 90 Broad Street, Suite 703 |
|  | New York, New York 10004 |
|  |  |
|  | *Attorneys for Defendant Altaf Sharif* |