IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE and JOHN DOE,<br><br>     Defendants. | Civil Action No.: 2:25-cv-16049<br><br>**[PROPOSED] ORDER** |

This matter having been opened to the Court by Sonya M. Sumner, Esq., Sumner Law LLP, attorney for Defendant Altaf Sharif, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's Complaint in its entirety, and the Court having considered the papers submitted and any responses, and good cause appearing;

**IT IS** on this ____ day of _____, 2026;

**ORDERED**, as follows:

1. Defendant Altaf Sharif's motion to dismiss is GRANTED, and

2. Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

2

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED**.

_____
**HON. KATHARINE S. HAYDEN, U.S.D.J**