UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------x
UNITED STATES OF AMERICA,

Plaintiff,

v.

TOVA FRY, ET AL.,

Defendants.
------------------------------------------------------------x

CIVIL ACTION NO. 2:25-CV-16049

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant Eric Camins' Motion to Dismiss the Complaint, and upon all prior pleadings and proceedings had herein, Defendant Eric Camins, by his attorneys Jonathan Wallace and Fatima Maryam, will move before the Honorable United States District Judge assigned to this action, at the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on **March 16, 2026**, or as soon thereafter as counsel may be heard, for an Order:

1. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety as against Defendant Eric Camins for failure to state a claim upon which relief can be granted; and

2. Granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 7.1(d), any opposition to this Motion shall be served and filed within the time prescribed by the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

Dated: February 20, 2026

/s/ Fatima Maryam
Fatima Maryam
118-21 Queens Blvd, Suite 606,
Forest Hills, NY 11375
516-631-4266
lawoffice@fatimamaryamlaw.com

/s/ Jonathan Wallace
Jonathan Wallace
PO #728
Amagansett NY 11930
917-359-6234
jonathan.wallace80@gmail.com
Admitted pro hac vice

Attorneys for Eric Camins