UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------x
UNITED STATES OF AMERICA,

Plaintiff,

               CIVIL ACTION NO. 2:25-CV-16049

v.

TOVA FRY, ET AL.,
Defendants.
--------------------------------------------------------x

## [PROPOSED] ORDER

The parties, having come before the Court on Defendant Eric Camins' Motion to Dismiss, the Court having considered the papers submitted, having heard oral argument, and for good cause shown:

IT IS on this ___ day of _____ 2026, ORDERED that:

Defendant's Motion to Dismiss is hereby GRANTED with/ without prejudice.

_____