**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC  20530*

March 2, 2026

**VIA ELECTRONIC CASE FILING (ECF)**

The Honorable Katharine S. Hayden
United States District Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 5
Newark, NJ  07102

    Re:    *United States v. Party for Socialism & Liberation-NJ, et al.*,
            Case No. 2:25-cv-16049-KSH-JRA
            <u>Adjournment of Motions Date</u>

Dear Judge Hayden:

    The United States Department of Justice, Civil Rights Division, respectfully exercises its right under Local Civil Rule 7.1(d)(5) which permits "a party opposing [a dispositive] motion, without the consent of the moving party, the Court, or the Clerk" to adjourn such motion to the next available motion date.  *See* L. Civ. R. 7.1(d)(5).

    On February 20, 2026 all Defendants moved to dismiss the pending action under Fed. R. Civ. P. 12(b)(6).  *See* ECF 62-66.  On February 22, 2026, the Court set March 16, 2026 as the return date for these motions.  This motions date "has not previously been extended or adjourned."  L. Civ. R. 7.1(d)(5).

    Accordingly, the United States respectfully adjourns the currently set motions date to the next available date—April 6, 2026.

                Respectfully submitted,

                Harmeet K. Dhillon
SO ORDERED this day of March 2, 2026    Assistant Attorney General
<u>s/Katharine S. Hayden</u>                            Civil Rights Division
Hon. Katharine S. Hayden, U.S.D.J.

            By:    */ s / Gregory Dolin*
                      Gregory Dolin
                      Senior Counsel
                      Civil Rights Division

cc:    All counsel of record (via ECF)