✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** New Jersey

United States of America
      Plaintiff (s),
V.
Party for Socialism & Liberation-NJ, et al.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:25-cv-16049-KSH-JRA

Notice is hereby given that, subject to approval by the court, __Defendant Altaf Sharif__ substitutes
(Party (s) Name)

__Luna Droubi, of Beldock Levine & Hoffman LLP__, State Bar No. __021752011__ as counsel of record in
(Name of New Attorney)

place of __Sonya M. Sumner and Drew Sumner, of Sumner Law LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:  Beldock Levine & Hoffman LLP
 Address:   99 Park Avenue, PH/26th Fl. | New York, NY 10016
 Telephone:  (212) 277-5875  Facsimile (212) 277-5880
 E-Mail (Optional): LDroubi@blhny.com

I consent to the above substitution.
Date: 3/6/2026

Altaf Sharif  Digitally signed by Altaf Sharif
      Date: 2026.03.06 08:44:06 -05'00'
(Signature of Party (s))

I consent to being substituted.
Date: 3/8/2026

*Sonya M. Sumner*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/5/2026

Luna Droubi  Digitally signed by Luna Droubi
      Date: 2026.03.05 17:58:46 -05'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**