# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY; AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY; TOVA FRY a/k/a TERRY KAY; ALTAF SHARIF; MATT DRAGON; ERIC CAMINS; JANE DOE; and JOHN DOE, *Defendants*. | No. 2:25-cv-16049 |

## CERTIFICATE OF SERVICE

I, Gregory Dolin, hereby certify that the foregoing Reply Brief in Support of Plaintiff's Motion to Stay Proceedings Pending Criminal Investigation was served on all Counsel of Record for all of the Defendants this 9th day of March, 2026 by filing same with the Court's ECF system.

| | |
|---|---|
| DATED: March 9, 2026. | Respectfully submitted,<br><br>HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>JESUS A. OSETE<br>Principal Deputy Assistant Attorney<br>General Civil Rights Division<br><br>R. JONAS GEISSLER<br>Deputy Assistant Attorney<br>General Civil Rights<br>Division<br><br>_/s/ Gregory Dolin_____<br>GREGORY DOLIN<br>Senior Counsel<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Constitution Ave., NW<br>Washington, DC 20530<br>202-598-9251<br>gregory.dolin@usdoj.gov |