**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC  20530*

March 10, 2026

The Honorable José R. Almonte
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 4D
Newark, NJ  07102

**Re:** *United States v. Party for Socialism & Liberation-NJ, et al.*,
　　　Case No. 2:25-cv-16049-KSH-JRA
　　　<u>Adjournment of Scheduling Conference</u>

Dear Judge Almonte:

　　　The United States Department of Justice, Civil Rights Division, respectfully requests that the initial scheduling conference, presently scheduled to be held on March 17, 2026, *see* ECF 67, be adjourned until the currently pending motions to stay and dismiss, ECF 28 and ECF 62-66, are disposed of.  *See* L. Civ. P. 16.1(a)(1) (contemplating deferring Rule 16 pretrial conferences "due to the pendency of a dispositive or other motion.").

　　　The decision on pending motions may obviate any need to hold a scheduling conference, to create or submit a discovery plan, or to disclose materials contemplated by Fed. R. Civ. P. 26.  For example, were this Court to stay the matter pending the conclusion of the currently ongoing criminal investigation, any and all discovery and other similar deadlines would be stayed as well, rendering any plan jointly submitted by the parties moot.  Similarly, were the Court to grant any of the Defendants' Motions to Dismiss, such dismissed Defendants would not (absent an appeal by the United States) need to participate in any exchange of information or other discovery processes.  Accordingly, the United States respectfully suggests that the requested adjournment will conserve scarce resources and promote efficiency.

　　　The United States further respectfully suggests that that if the Court does not grant the Motion to Stay, ECF 28, that the Court set the deadline for answering the Complaint, ECF 1, fourteen days after the motions to dismiss are decided, and set the initial scheduling conference 21 days after such answers are filed.  This proposed schedule will permit parties enough time between the filing of any response to the Complaint and the scheduling conference, to meet and confer regarding a discovery plan, as well as to exchange any disclosures contemplated by Rule 26.

　　　Counsel for the United States conferred with Counsel for Defendants Ms. Tova Fry and American Muslims for Palestine–New Jersey who consent to and join in the

requested relief.  Counsel for Defendant Mr. Altaf Sharif indicated that he does not object to a postponement of the case management conference and all associated deadlines during the pendency of the Plaintiff's Motion to Stay, nor does he oppose a postponement of party disclosures or party discovery during the pendency of Defendants' Motions to Dismiss.  However, if the Court denies the Motion to Stay, Mr. Sharif will seek leave to conduct third-party preservation discovery involving non-parties in the case.  The United States will not object to this request should it be timely made.

      Despite several attempts to obtain their views, Counsel for Defendants Messrs. Matt Dragon and Eric Camins have not responded to the undersigned's written communications regarding this request.

      Accordingly, and for the reasons stated, the United States respectfully requests that the initial scheduling conference be adjourned until after the Court adjudicates Plaintiff's Motion to Stay, ECF 28, and Defendants' Motions to Dismiss, ECF 62-66.  This request is made without prejudice to Defendants' ability to seek leave to conduct third-party discovery during the pendency of their Motions to Dismiss.

      Respectfully submitted,

      Harmeet K. Dhillon
      Assistant Attorney General
      Civil Rights Division

By:    / s / Gregory Dolin
      Gregory Dolin
      Senior Counsel
      Civil Rights Division

cc:    All counsel of record (via ECF)