UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

United States of America

Plaintiff(s),

v.

Altaf Sharif, et al.

Defendant(s)

REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Civil Action No. 2:25-cv-16049

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Christopher P. Beall

Firm: Recht Kornfeld, P.C.

Address: 90 Broad Street, Suite 703

New York, NY 10004

Email: Christopher@rklawpc.com

Phone: (303)573-1900

Admitted on behalf of: Defendant Altaf Sharif