

# U.S. District Court District of New Jersey

# APPLICATION FOR REFUND OF FEES PAID ELECTRONICALLY

**Background:**

Pursuant to the Court's Electronic Case Filing Policies and Procedures at Paragraph #5, when a document has been filed electronically, the official record of the document is the electronic recording as stored by the court, and the filing party is bound by the document filed. A document filed electronically is deemed filed on the date and time stated on the Notice of Electronic Filing from the Court.

Judicial Conference Policy generally prohibits the refund of fees, however refunds may be issued upon approval under limited circumstances, such as:

a. When an overpayment has been made by the filer, or

b. When a duplicate, identical complaint, notice of removal, a notice of appeal, petition for writ of habeas corpus, or pro hac vice request for NEF is filed more than once by the same attorney or the same law firm.

1. A request for a refund of fees paid via **Pay.gov** shall be made by this application which must be filed electronically with the Clerk of Court.

2. Upon filing, the Clerk's Office will review the application and, if appropriate, issue a Clerk's Order approving a refund, signed by the Clerk or his/her designee.

3. All other applications for refund will be directed to the assigned judge.

4. The Finance Department will issue a refund through Pay.gov against the credit card used. Refunds for ACH transactions require a check be issued by the Clerk of Court. (If it was an ACH transaction, please indicate the payee name and address that the check will be sent to below.)

Name:_____    Case number:_____

Date of request: _____    Date of transaction: _____

    Current address: _____

    **Receipt** number or **Pay.gov** tracking ID number: _____

    Reason for refund: _____

    _____

    _____

    _____.

**\*\*Please attach a copy of all receipts associated with the filing.\*\***

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Luna Droubi |
| **Subject:** | Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |
| **Date:** | Wednesday, March 11, 2026 11:38:30 AM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 5325271
Court: NEW JERSEY DISTRICT COURT
Amount: $250.00
Tracking Id: CNJDC-17183488
Approval Code: 04761I
Card Number: ************6328
Date/Time: 03/11/2026 11:38:25 ET

Person Completing Transaction: Luna Droubi
Attorney Name: Luna Droubi
Attorney Email: ldroubi@blhny.com

NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Luna Droubi |
| **Subject:** | Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |
| **Date:** | Wednesday, March 11, 2026 11:40:31 AM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

   Account Number: 5325271
   Court: NEW JERSEY DISTRICT COURT
   Amount: $250.00
   Tracking Id: ANJDC-17183512
   Approval Code: 00771G
   Card Number: ************4712
   Date/Time: 03/11/2026 11:40:25 ET

   Person Completing Transaction: Luna Droubi
   Attorney Name: Luna Droubi
   Attorney Email: Luna Droubi

NOTE: This is an automated message. Please do not reply

Generated: Feb 5, 2026 12:07PM                                                                                           Page 1/1



# U.S. District Court

### New Jersey District - Trenton

Receipt Date: Feb 5, 2026 12:07PM

LENORE CHARLES
1600 STOUT ST
SUITE 1400
DENVER, CO 80202

Rcpt. No: 147820          Trans. Date: Feb 5, 2026 12:07PM          Cashier ID: #NT (7163)

| CD  | Purpose      | Case/Party/Defendant                              | Qty | Price  | Amt    |
|-----|--------------|---------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DNJX326LBPROHAC /001 ATTORNEY ADMISSIONS          | 1   | 250.00 | 250.00 |
| 111 | Pro Hac Vice | DNJX326LBPROHAC /001 ATTORNEY ADMISSIONS          | 1   | 250.00 | 250.00 |

| CD | Tender      | Amt      |
|----|-------------|----------|
| CC | Credit Card | $500.00  |

Total Due Prior to Payment: $500.00
Total Tendered: $500.00

**Comments**: 2:25-cv-16049-KSH-JRA UNITED STATES OF AMERICA v. PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY et al for Christopher P. Beall & Jeremiah Rygus

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.