**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:25-cv-16049 |
| PARTY FOR SOCIALISM AND<br>LIBERATION NEW JERSEY, AMERICAN<br>MUSLIMS FOR PALESTINE NEW JERSEY,<br>TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF,<br>MATT DRAGON, ERIC CAMINS, JANE DOE,<br>and JOHN DOE<br>Defendants | ) ) ) ) ) ) ) ) | Motion Day: April 6, 2026<br><br>**MOTION TO WITHDRAW AS**<br>**COUNSEL FOR THE**<br>**UNITED STATES OF AMERICA**<br>**FOR JONATHAN GROSS** |

Jonathan Gross, Counsel to the Assistant Attorney General, Civil Rights Division, United States Department of Justice, respectfully moves this Court for an order permitting him to withdraw as counsel for Plaintiff United States of America in this action. In support of this motion, Mr. Gross states as follows:

1. Mr. Gross entered an appearance in this matter as Counsel to the Assistant Attorney General on behalf of the United States.

2. The United States will continue to be represented in this action by the following attorneys from the Civil Rights Division: Harmeet K. Dhillon, Assistant Attorney General; Jesus A. Osete, Principal Deputy Assistant Attorney General; R. Jonas Geissler, Deputy Assistant Attorney General; and Gregory Dolin, Senior Counsel to the Assistant Attorney General. These attorneys will ensure seamless continuation of representation without prejudice to the United States or any party.

3. Withdrawal is sought due to internal reassignment within the Department of Justice.

4. No trial date or dispositive deadlines are currently set that would be impacted by this withdrawal.

5.  The United States consents to this withdrawal.

6.  Withdrawal will not delay or prejudice the proceedings.

WHEREFORE, Jonathan Gross respectfully requests that the Court enter an order granting this

motion and permitting his withdrawal as counsel of record for the United States in this action.

Dated: March 17, 2026

SO ORDERED.

Hon. José R. Almonte, U.S.M.J.
Date: March 18, 2026

Respectfully submitted,
/s/ Jonathan Gross
JONATHAN GROSS
Counsel to the Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20579
(202) 285-3845
jonathan.gross@usdoj.gov