**U.S. Department of Justice**

Civil Rights Division

*Office of the Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC  20530*

March 20, 2026

The Honorable José R. Almonte
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 4D
Newark, NJ  07102

**Re:**     ***United States v. Party for Socialism & Liberation-NJ, et al.,***
**Case No. 2:25-cv-16049-KSH-JRA**
<u>**Response to Court Order of March 13, 2026**</u>

Dear Judge Almonte:

This letter is in response to your order of March 13, 2026, wherein you directed the United States to "submit proof of service for Defendant Party for Socialism and Liberation New Jersey or advise as to the status of same."  ECF 77.

The United States attempted to serve Defendant Party for Socialism and Liberation New Jersey ("PSL-NJ") by personal service on two separate occasions. First, on December 3, 2025, ABC Legal Servies, LLC—a process server engaged by the Department of Justice to effectuate service in this matter—attempted to serve the Defendant at 47 Cleveland St, Orange, NJ 07050.  This address is listed on Defendant's Instagram page as one where weekly activities are held.  *See* https://tinyurl.com/2u9stcyy.   Thereafter, on December 11, 2025, ABC Legal attempted to serve the Defendant at 3181 Mission Street, San Francisco, CA 94110. This address was provided by CLEAR—a Thomspon Reuters database. Unfortunately, neither effort proved successful.  Thus, at present Defendant has not been properly served.

The United States' efforts to effectuate service on the PSL-NJ are further hampered by the fact that this Defendant is neither a registered corporate entity (whether as a for-profit or a non-profit) nor a registered political party in New Jersey and therefore does not have a publicly listed address or a registered agent.

The United States is considering serving Defendant by publication.  *See* Fed. R. Civ. P. 4(e)(1); N.J. Ct. R. 4:4-4(b), 4:4-5; *H.D. Smith, LLC v. Prime Rite Corp.*, 2016 WL 3606785, at \*1 (D.N.J. July 5, 2016).  Such service would require an appropriate order of this Court.  Because the United States does not wish to unnecessarily tax this Court's limited resources with a motion that may not ultimately have a practical effect, the United States respectfully requests a 30-day period in which to consider whether to move for an order permitting service by

publication.  At the end of this period, and assuming that in the interim service has not been accomplished by other means, the United States will either move for such an order, or move to dismiss Party for Socialism and Liberation New Jersey as a defendant, without prejudice.

Respectfully submitted,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

By:    / s / Gregory Dolin
Gregory Dolin
Senior Counsel
Civil Rights Division

cc:    All counsel of record (via ECF)

*United States v. Party for Socialism & Liberation-NJ, et al.,*
**Case No. 2:25-cv-16049-KSH-JRA**
Page Two