## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>      Plaintiff, <br><br> v. <br><br> **PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY**, **AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY**, **TOVA FRY** a/k/a TERRY KAY, **ALTAF SHARIF**, **MATT DRAGON**, **ERIC CAMINS**, JANE DOE and JOHN DOE, <br><br>      Defendants. | Hon. Katherine S. Hayden, U.S.D.J. <br><br> Hon. José R. Almone, U.S.M.J. <br><br> Civil Action No. **2:25-cv-16049** |

## CERTIFICATE OF SERVICE

I, Luna Droubi, represent Defendant Altaf Sharif. On this date, I certify that a copy of the Defendant Altaf Sharif's Reply in Support of his Motion to Dismiss was electronically file with the Clerk of the United States District Court for the District of New Jersey.

Date: March 30, 2026

_____
Luna Droubi