**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE, and JOHN DOE, <br><br> *Defendants*. | No. 2:25-cv-16049 <br><br> Hon. Katharine S. Hayden, U.S.D.J. |

**MOTION OF STANDWITHUS AND FIRST LIBERTY INSTITUTE
FOR LEAVE TO APPEAR AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF**

Mark Roselli, Esq.
ROSELLI GRIEGEL LOZIER, P.C.
1337 State Highway 33
Hamilton Square, NJ 08690
Telephone: 609-586-2257
Email: mroselli@roselligriegel.com

Jeremiah G. Dys*
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Ste. 1600
Plano, TX 75075
Telephone: 972-941-4444
Email: jdys@firstliberty.org
*Pro hac vice application forthcoming*

*Counsel for Proposed Amici Curiae
StandWithUs and First Liberty Institute*

PLEASE TAKE NOTICE that undersigned attorneys for proposed *amici curiae* StandWithUs and First Liberty Institute, respectfully move before the Honorable Katharine S. Hayden for an order granting leave to appear as *amici curiae* and file an amicus brief in support of Plaintiff;

PLEASE TAKE FURTHER NOTICE that Plaintiff United States of America consents to the filing of the amicus brief. Defendants Dragon and Camins also consent. Defendants Sharif, Fry, and American Muslims for Palestine New Jersey take no position on the motion. Defendant Party for Socialism and Liberation New Jersey and Jane Doe and John Doe did not respond to counsel's timely request for consent.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, the undersigned shall rely upon the attached brief in support of this motion; and

PLEASE TAKE FURTHER NOTICE that the proposed amicus brief and a proposed order are attached as exhibits to this motion.

Dated: April 6, 2026

Respectfully Submitted,

*/s/ Mark Roselli*
Mark Roselli
ROSELLI GRIEGEL LOZIER, P.C.
1337 State Highway 33
Hamilton Square, NJ 08690
Telephone: 609-586-2257
Email: mroselli@roselligriegel.com

Jeremiah G. Dys*
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Ste.
1600
Plano, TX 75075
Telephone: 972-941-4444
Email: jdys@firstliberty.org
*Pro hac vice application forthcoming*

*Counsel for Proposed Amici Curiae*
*StandWithUs and First Liberty Institute*