# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 2:25-cv-16049 |
| *Plaintiff,* | |
| v. | Hon. Katharine S. Hayden, U.S.D.J. |
| PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE, and JOHN DOE, | **ORDER** |
| *Defendants.* | |

THIS MATTER having been opened to the Court on the motion of proposed *amicus curiae* StandWithUs and First Liberty Institute, by counsel, for entry of an Order granting StandWithUs and First Liberty Institute leave to appear as *amici curiae* and all parties, by counsel, having received due notice of the motion and having the opportunity to consent or object; and the Court having reviewed all papers and arguments relevant to StandWithUs and First Liberty Institute's motion;

IT IS on this _____ day of _____ 2026,

ORDERED that StandWithUs and First Liberty Institute's motion for leave to appear as *amici curiae* is granted;

and

IT IS FURTHER ORDERED that the proposed amicus brief StandWithUs and First Liberty Institute submitted with its motion shall be deemed filed.

_____
Hon. Katharine S. Hayden
United States District Court Judge