**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused true and correct copies of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: April 6, 2026

/s/ Mark Roselli

Mark Roselli
ROSELLI GRIEGEL LOZIER, P.C.
1337 State Highway 33
Hamilton Square, NJ 08690
Telephone: 609-586-2257
Email: mroselli@roselligriegel.com

*Counsel for Proposed Amici Curiae*
*StandWithUs and First Liberty Institute*