20260410115558

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | **SUMMONS AND COMPLAINT** | |
|---|---|---|
| EFFECTED (1) BY ME: | | |
| TITLE | **PROCESS SERVER** | DATE:  4/11/26  7:30 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

PARTY FOR SOCIALISM AND LIBERATION

Place where served:

976 46TH STREET   SARASOTA  FL  34234

[ ✓ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Brian Ellis

Relationship to defendant ___Authorized to Accept___

Description of Person Accepting Service:

SEX: M  AGE: 35  HEIGHT: 5-9  WEIGHT: 160  SKIN: whit  HAIR: Blk  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE 4 / 11 /20 26                                                    _____ L.S.

SIGNATURE OF _____ 4013
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | JONATHAN S. GROSS, ESQ. |
|---|---|
| PLAINTIFF: | UNITED STATES OF AMERICA |
| DEFENDANT: | PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 25 CV 16049 KSH JRA |
| COMMENT: | |

UNITED STATES OF AMERICA          Plaintiff

vs.

PARTY FOR SOCIALISM AND          Defendant
LIBERATION NEW JERSEY

DISTRICT Court of New Jersey
_____ Division

County

Docket Number: 2:25-cv-16049-KSH-JRA

**Person to be served** (Name & Address):
Party for Socialism and Liberation
11543 Woodleaf Drive
Bradenton, FL 34211

**AFFIDAVIT OF SERVICE**

(For Use by Private Service)

**Attorney:**
JONATHAN S. GROSS COUNSEL TO THE ASSISTANT
ATTORNEY GENERAL

**Papers Served:** SUMMONS AND COMPLAINT

**Service Data:**

Served Successfully __X__     Not Served_____     Date: 4/11/2026     Time: 6:15 pm     Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Maria Beltran_____

Authorized_____

**Description of Person Accepting Service:**

Sex: F____     Age: 60____     Height: 5-2____     Weight: 120____     Skin Color: HISPANIC_____     Hair Color: BLACK_____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____Date _____Time
                     _____Date _____Time

( ) Other: _____

**Comments or Remarks:**

**Server Data:**

State Of Florida County Of: _____

Subscribed and Sworn to before me on the _____ day of
_____, _____ by the individual
effectuating/attempted service, who is personally known
to me, by means of ____ physical presence or ____
online notarization.

I, H. Glenn Finley, was at the time of service a
competent adult not having a direct interest in the
litigation. I declare under penalty of perjury that the
foregoing is true and correct.

_____     4·14·2026
Signature of Process Server                    Date

FINLEY INVESTIGATIVE NETWORK
8955 US Hwy 301 N Unit 336
Parrish, FL 34219
(727) 300-1683
Our Job Serial Number: FNL-2026000514
Ref: 20260410115915

_____
NOTARY PUBLIC

VIDRA BERNARD
Notary Public, State of Florida
Commission# HH 777543
My comm. expires March 22, 2030

UNITED STATES OF AMERICA  Plaintiff
    vs.
PARTY FOR SOCIALISM AND  Defendant
LIBERATION NEW JERSEY

**Person to be served** (Name & Address):
Party for Socialism and Liberation Exec Committee
11543 Woodleaf Drive
Bradenton, FL 34211

**Attorney:**
JONATHAN S. GROSS COUNSEL TO THE ASSISTANT
ATTORNEY GENERAL

**Papers Served:** SUMMONS AND COMPLAINT

DISTRICT Court of New Jersey
_____ Division
County
Docket Number: 2:25-cv-16049-KSH-JRA

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

**Service Data:**

Served Successfully __X__ Not Served_____ Date: 4/11/2026_____ Time: 6:15 pm____ Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

___X___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent. etc.

Name of Person Served and relationship / title:

Maria Beltran _____

Authorized _____

**Description of Person Accepting Service:**

Sex: F___ Age: 60___ Height: 5-2___ Weight: 120___ Skin Color: HISPANIC_____ Hair Color: BLACK_____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
        _____ Date _____ Time

( ) Other: _____

**Comments or Remarks:**

**Server Data:**

State Of Florida County Of: _____

Subscribed and Sworn to before me on the _14th_ day of _Apr.l_, _2026_ by the individual effectuating/attempted service, who is personally known to me. by means of _X_ physical presence or ____ online notarization.

_____
NOTARY PUBLIC

I, H. Glenn Finley. was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct

_____ _4.14.2026_
Signature of Process Server  Date

FINLEY INVESTIGATIVE NETWORK
8955 US Hwy 301 N Unit 336
Parrish, FL 34219
(727) 300-1683
Job Serial Number: FNL-2026000515
Ref: 20260410120223


**VIDRA BERNARD**
Notary Public, State of Florida
Commission# HH 777543
My comm. expires March 22, 2036