**U.S. Department of Justice**

Civil Rights Division

_____

*Office of the Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC  20530*

May 1, 2026

The Honorable José R. Almonte
United States Magistrate Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 4D
Newark, NJ  07102

**Re:**   ***United States v. Party for Socialism & Liberation-NJ, et al.***,
       **Case No. 2:25-cv-16049-KSH-JRA**
       <u>**Response to Court Order of March 13, 2026**</u>

Dear Judge Almonte:

This letter is to advise you of the status of service of process on Defendant Party for Socialism & Liberation—New Jersey ("PSL-NJ").  On April 11, 2026, the United States delivered the Complaint and Summons to three different addresses that it believed are associated with that Defendant.  *See* ECF 93 (affidavits of service). Thereafter, on May 1, 2026, Ms. Mara Verheyden-Hilliard—an attorney for PSL-NJ—contacted the undersigned to advise that the service was not, in fact, proper as to that Defendant.  Nevertheless, Ms. Verheyden-Hilliard represented that she was authorized to accept service for PSL-NJ and agreed to do so via email.  The undersigned promptly emailed the Complaint and Summons to Ms. Verheyden-Hilliard and she acknowledged receipt.

Accordingly, as of May 1, 2026, PSL-NJ has been successfully served, and therefore, the United States will not be moving for an order permitting service by publication.

We appreciate the Court's forbearance while this issue was resolved.

Respectfully submitted,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

By:   */ s / Gregory Dolin*
Gregory Dolin
Senior Counsel
Civil Rights Division

cc:   All counsel of record (via ECF)