LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006

—

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS                                                    SAMANTHA ENGST-MANSILLA
—                                                                                          *Paralegal*
AMY E. GREER
JACOB C. EISENMANN

May 1, 2026

**BY ECF**

The Honorable Jose R. Almonte
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

     Re:     *United States of America v. Party for Socialism and Liberation New Jersey, et al.,*
                                25-cv-16049  (JRA)

Dear Judge Almonte:

     On behalf of the Party for Socialism and Liberation New Jersey ("PSL-NJ"), Defendants in this case, I am submitting a motion for Mara Verheyden-Hilliard, Esq., Carl Messineo, Esq., Graham Sternberg, Esq., and Sarah Taitz, Esq., to be admitted Pro Hac Vice.

     On April 30, 2026, co-counsel in this matter contacted counsel for the Government who advised that they do not object to any of the admissions for PSL-NJ's attorneys. Pursuant to the Court's preferences, I am attaching to this letter a proposed order along with a certification from the applicants: (1) Mara Verheyden-Hilliard; (2) Carl Messineo; (3) Graham Sternberg; and (4) Sarah Taitz, providing the information required by L.Civ.R. 101.1(c), and my certification stating that I will be responsible for their conduct in this matter and will otherwise comply with L.Civ.R. 101(c)

     Thank you very much for the Court's time and consideration.

                                    Respectfully submitted,

                                    /s/Amy E. Greer
                                    Amy E. Greer
                                    Dratel & Lewis
                                    29 Broadway, Suite 1412

New York, New York 10006
(212) 732-0707
agreer@dratellewis.com

*Attorney for Defendant Party*
*for Socialism and Liberation*
*New Jersey*