UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

Civil Action No. _25-cv-16049___

Application for an Extension of Time to
Answer, Move or Otherwise Reply
(L.Civ.R. 6.1(b))

Application is hereby made for a Clerk's Order extending time within which defendant(s)
_____Party for Socialism and Liberation New Jersey_____
_____ may answer, move or otherwise reply to Complaint filed
by plaintiff(s) herein and it is represented that:
     1. No previous extension has been obtained;
     2. Service of Process was effected on _4/11/26, by service on counsel by agreement_,
and
     3. Time to Answer, Move or otherwise Reply expires on _5/4/26_____(date)

                    /s/ Amy E. Greer_____
                    Attorney for Defendant(s)
                    Address: _29 Broadway, Suite 1412, New York, NY 10006_
                    _____

ORDER

The above application is  ORDERED GRANTED extended to _5/18/26_____ (date to be filled in by
applicant counsel).

ORDER DATED _____

                    WILLIAM T. WALSH, Clerk
                    By: _____
                    Deputy Clerk