**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:25-cv-16049 |
| | ) | |
| **PARTY FOR SOCIALISM AND** | ) | Motion Day: June 15, 2026 |
| **LIBERATION NEW JERSEY**, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Party for Socialism and Liberation New Jersey, through his undersigned attorneys, will move this Court, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on June 15, 2026 or as soon thereafter as counsel may be heard, for an Order dismissing the above action pursuant to Fed. R. Civ. P. 12(b)(6).

May 18, 2026

Respectfully submitted,

s/ Amy Greer
Amy Greer
agreer@dratellewis.com

DRATEL & LEWIS
29 Broadway, Suite 1412
New York, New York 10006
(ph): 212-732-0707
(fax): 212-571-3792

s/ *Mara Verheyden-Hilliard*
Mara Verheyden-Hilliard (*pro hac vice*)
mvh@justiceonline.org

s/ *Carl Messineo*
Carl Messineo (*pro hac vice*)
cm@justiceonline.org

s/ *Sarah Taitz*
Sarah Taitz (*pro hac vice*)
sarah.taitz@justiceonline.org

s/ Graham Sternberg
Graham Sternberg (*pro hac vice*)
graham.sternberg@justiceonline.org

PARTNERSHIP FOR CIVIL
JUSTICE FUND
617 Florida Ave. NW
Washington, D.C. 20001
(ph): 202-232-1180
(fax): 202-747-7747

*Counsel for Defendant Party for Socialism
and Liberation New Jersey*