**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v.    ) | **Civil Action No.: 2:25-cv-16049** |
| ) | |
| **PARTY FOR SOCIALISM AND** ) | |
| **LIBERATION NEW JERSEY,** *et al.*, ) | |
| **Defendants.** ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Party for Socialism and Liberation New Jersey's

Motion to Dismiss, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff's

Complaint is **DISMISSED WITH PREJUDICE**.


Dated: _____          _____

HON. KATHRYN HAYDEN
United States District Judge