**U.S. Department of Justice**

Civil Rights Division

_____

*Office of the Assistant Attorney General*
*950 Pennsylvania Ave, NW - RFK*
*Washington, DC  20530*

May 19, 2026

The Honorable Katharine S. Hayden
United States District Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 5
Newark, NJ  07102

**Re:**   ***United States v. Party for Socialism & Liberation-NJ, et al.*,**
   **Case No. 2:25-cv-16049-KSH-JRA**
   <u>**Adjournment of Motions Date**</u>

Dear Judge Hayden:

The United States Department of Justice, Civil Rights Division, respectfully exercises its right under Local Civil Rule 7.1(d)(5) which permits "a party opposing [a dispositive] motion, without the consent of the moving party, the Court, or the Clerk" to adjourn such motion to the next available motion date. *See* L. Civ. R. 7.1(d)(5).

On May 1, 2026 Defendant Party for Socialism & Liberation-NJ (PSL-NJ) moved to extend time to answer the Complaint by two weeks, from May 4, 2026 until May 18, 2026.  ECF 97.  That motion was granted and PSL-NJ moved to dismiss on May 18, 2026.  The Court has set PSL-NJ's motion for June 15, 2026, thus making United States' opposition due on June 1, 2026.  This motions date "has not previously been extended or adjourned." L. Civ. R. 7.1(d)(5).

Accordingly, the United States respectfully adjourns the currently set motions date to the next available date—July 6, 2026, which would make United States' opposition due on June 22, 2026, and PSL-NJ's reply, if any, on June 29, 2026.

Respectfully submitted,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

By:   */ s / Gregory Dolin*
   Gregory Dolin
   Senior Counsel
   Civil Rights Division

cc:   All counsel of record (via ECF)