**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY A/K/A TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE, AND JOHN DOE, *Defendants.* | Civil No.: 25-cv-16049 (KSH) (JRA) **ORDER** |

**THIS MATTER** having been opened to the Court on the motion (D.E. 90) of proposed *amici curiae* StandWithUs and First Liberty Institute, by counsel, for entry of an Order granting StandWithUs and First Liberty leave to appear as *amici curiae* to file the proposed brief attached to their motion;  and no opposition having been filed; and the Court having reviewed the motion papers,

**IT IS,** on this 27th day of May, 2026,

**ORDERED** that StandWithUs and First Liberty Institute's motion for leave to appear as *amici curiae* is granted; and it is further

**ORDERED** that the proposed amicus brief (D.E. 90-1) is deemed filed.

*s/ Katharine S. Hayden*
Katharine S. Hayden, U.S.D.J.