**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br><br>v.<br><br>**PARTY FOR SOCIALISM AND**<br>**LIBERATION NEW JERSEY**, *et al.*,<br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **Civil Action No.:  2:25-CV-16049**<br><br>   **Motion** |

**MOTION TO WITHDRAW AS COUNSEL**

Sarah Taitz respectfully moves this Court for an order permitting her to withdraw as counsel for Defendant Party for Socialism and Liberation New Jersey. In support of this motion, Ms. Taitz states as follows:

1. Ms. Taitz entered an appearance in this matter as pro hac vice counsel for Defendant Party for Socialism and Liberation New Jersey.

2. Ms. Taitz is leaving the Partnership for Civil Justice Fund for a new position.

3. The Party for Socialism and Liberation New Jersey will continue to be represented in this action by Mara Verheyden-Hilliard, Carl Messineo, and Graham Sternberg of the Partnership for Civil Justice Fund and Amy Greer of Dratel & Lewis.

4. The Party for Socialism and Liberation consents to this withdrawal.

5. Withdrawal will not delay or prejudice these proceedings.

Dated: June 30, 2026

/s/ Sarah Taitz
Sarah Taitz
Partnership for Civil Justice Fund
617 Florida Ave. NW
Washington, D.C. 20001
202-417-2060

SO ORDERED.

Hon. Jose R. Almonte, U.S.M.J.
Date: July 2, 2026