**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY A/K/A TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE, AND JOHN DOE,<br><br>*Defendants*. | Civil No.: 25-cv-16049 (KSH) (JRA)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on motions to dismiss filed by Tova Fry (D.E. 62), American Muslims for Palestine New Jersey (D.E. 63), Matt Dragon (D.E. 64), Altaf Sharif (D.E. 65), Eric Camins (D.E. 66), and the Party for Socialism and Liberation New Jersey (D.E. 103); and the Court having considered the parties' submissions; and for the reasons set forth in the opinion filed herewith,

**IT IS,** on this 30th day of September, 2026,

**ORDERED** that the motions filed by Tova Fry (D.E. 62), American Muslims for Palestine New Jersey (D.E. 63), Matt Dragon (D.E. 64), Altaf Sharif (D.E. 65), Eric Camins (D.E. 66), and the Party for Socialism and Liberation New Jersey (D.E. 103) are **GRANTED.** The sole claim under the FACE Act is dismissed without prejudice as to each moving defendant;

**ORDERED** that the United States may file an amended complaint within thirty days of the date of this Order in accordance with the opinion filed herewith.

***s/ Katharine S. Hayden***
Katharine S. Hayden, U.S.D.J.