**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE, and JOHN DOE<br>Defendants | Civil Action No. 2:25-cv-16049<br><br>Motion Day: November 2, 2026<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES OF AMERICA FOR GREGORY DOLIN** |

Gregory Dolin, Senior Counsel to the Assistant Attorney General, Civil Rights Division, United States Department of Justice, respectfully moves this Court for an order permitting him to withdraw as counsel for Plaintiff United States of America in this action. In support of this motion, Mr. Dolin states as follows:

1. Mr. Dolin entered an appearance in this matter as Senior Counsel to the Assistant Attorney General on behalf of the United States.
2. The United States will continue to be represented in this action by the following attorneys from the Civil Rights Division: Harmeet K. Dhillon, Assistant Attorney General; Jesus A. Osete, Principal Deputy Assistant Attorney General; R. Jonas Geissler, Deputy Assistant Attorney General; and Joshua Bedoya, Trial Attorney—Civil Rights Division, United States Department of Justice, the latter of whom entered his appearance earlier today. These attorneys will ensure seamless continuation of representation without prejudice to the United States or any party.
3. Withdrawal is sought due to Mr. Dolin’s termination of employment with Department of Justice as of October 3, 2026.

4. No trial date or dispositive deadlines are currently set that would be impacted by this withdrawal.

5. The United States consents to this withdrawal.

6. Withdrawal will not delay or prejudice the proceedings.

WHEREFORE, Gregory Dolin respectfully requests that the Court enter an order granting this motion and permitting his withdrawal as counsel of record for the United States in this action.

Dated: September 30, 2026

Respectfully submitted,
/s/ Gregory Dolin
GREGORY DOLIN
Senior Counsel to the Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20579
(202) 598-9251
gregory.dolin@usdoj.gov

SO ORDERED.

Hon. José R. Almonte, U.S.M.J.
Date: October 1, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, a true and correct copy of the foregoing Motion to Withdraw as Counsel was served via CM/ECF/PACER electronic filing system on all counsel of record who have appeared in this action.

/s/ Gregory Dolin
GREGORY DOLIN
Counsel to the Assistant Attorney General
*Counsel of Record for Plaintiff United States of America*