IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE, and JOHN DOE,<br><br>Defendants. | Civil Action No. 2:25-CV-16049 |

**NOTICE OF APPEARANCE AND SUBSTITUTION**

Please enter the appearance of the undersigned, Julia Haller, in the above-captioned matter on behalf of the United States of America and substitute it for Joshua Bedoya. Please remove Joshua Bedoya from all future filing notifications in this matter.

Respectfully submitted,

/s/ *Julia Z. Haller*
Julia Z. Haller
DC Bar Number: 466921
NJ Bar Number: 039471996
Trial Attorney
United States Department of Justice
Civil Rights Division
Washington, DC
Telephone: (202) 285.3987
Fax: (202) 514-0212
Julia.Haller@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2026, a copy was served on all counsel of record using the CM/ECF system.

/s/ *Julia Haller*
Julia Haller
Trial Attorney