IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br>v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE, and JOHN DOE<br><br>Defendants,<br><br>Defendants. | Civil Action No. 2:25-cv-16049 |

**MOTION FOR EXTENSION OF TIME**

Plaintiff United States of America respectfully moves this Court for an extension of thirty days for the filing of an amended complaint, in addition to the thirty days previously granted by this Court, to be filed on or before November 29, 2026. ECF Docs. 113, 114.

The United States commenced this civil action on September 29, 2025, against six named defendants, ECF Doc. 1. Subsequently, each defendant filed a motion to dismiss pursuant to F.R.C.P. 12(b)(6). On September 30, 2026, the Court granted each defendant's motion to dismiss. The Court's dismissals were "without prejudice as to each moving defendant," with the United States permitted to "file an amended complaint within 30 days of the accompanying Order. ECF Doc. 113 at 30. The referenced Order dated September 30, 2026, likewise, ordered that the United States may file an amended complaint within thirty days of the date of this Order in accordance with the opinion filed herewith." ECF Doc. 114.

The United States respectfully requests an extension of thirty (30) days to file its amended

complaint. The Court's opinion described specific clarifying facts that the Court expects the United States to include in any amended complaint. ECF Doc. 113 at 30. The United States requires additional time to ensure a thorough investigation to meet the Court's stated expectations and to investigate additional facts that it would include in an amended complaint. This is the first extension of time that we are requesting for the filing of the amended complaint. The United States previously requested a continuance of a briefing schedule, with consent of all parties. ECF Doc. 58.

The United States sought to confer with all counsel of record by email correspondences, first during the morning of October 9, 2026, and in the afternoon on October 13, 2026. At the time of this filing, Counsel for Ms. Fry and for *amici curae*, StandWithUs and First Liberty Institute, have consented or not objected to this motion, Counsel for American Muslims for Palestine, NJ, (AMP-NJ) takes no position, and the United States has not received any objections.

**CONCLUSION**

For the foregoing reasons, the United States respectfully requests that this Court grant its motion and extend the time for the filing of an amended complaint by an additional thirty days.

DATED: October 14, 2026.

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division

PATRICK MCCARTHY
Acting Chief
Special Litigation Section
Civil Rights Division

/s/ Julia Haller

JULIA ZSUZSA HALLER
Trial Attorney
Special Litigation Section
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-285-3987
julia.haller@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 14th day of October 2026, I caused a copy of the foregoing Motion to be served upon all counsel of record via the Court's electronic filing system.

/s/ Julia Haller
JULIA ZSUZSA HALLER