IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, AMERICAN MUSLIMS FOR PALESTINE NEW JERSEY, TOVA FRY a/k/a TERRY KAY, ALTAF SHARIF, MATT DRAGON, ERIC CAMINS, JANE DOE, and JOHN DOE<br><br>Defendants,<br><br>Defendants. | Civil No. 2:25-cv-16049 |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for an extension of thirty (30) days to file an Amended Complaint, any opposition thereto, the motion is **GRANTED**. The Plaintiff's Amended Complaint may be filed on or before November 29, 2026.

**DONE** and **ORDERED** this ___ day of __________, 2026.

______________________________
KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE