UNITED STATES DISTRICT COURT
DISTRICT FOR NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARTY FOR SOCIALISM AND LIBERATION NEW JERSEY, *et al.*<br><br>Defendants. | Civil Action No.: 2:25-cv-16049<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

**MOTION TO SUBSTITUTE COUNSEL**

Outgoing and incoming counsel of record respectfully moves this Honorable Court for an Order substituting counsel in this matter. In support of this motion, the moving party states as follows:

1. **Present Representation: Party For Socialism and Liberation New Jersey's** present counsel of record are **Amy E. Greer** of **Dratel & Lewis** (Local Counsel) and **Mara Verheyden-Hilliard**, **Carl Messineo**, **Graham L. Sternberg** of **Partnership for Civil Justice Fund** (Pro Hac Vice and Pro Bono Counsel)

2. **Proposed Substitution: Amy E. Greer**, due to a change of employment from **Dratel & Lewis** to a public defense organization, is unable to continue as local counsel on this case, and substitute **Jonathan Langer** (NJ bar # 578892026) as both local counsel and co-counsel of record. **Mr. Langer** is admitted to practice in the District of New Jersey.

3. **Consent of Parties:** Outgoing counsel, incoming counsel, and the client all consent to this substitution.

4. **No Prejudice or Delay:** Because the Partnership for Civil Justice Fund attorneys remain the same, and because Mr. Langer, incoming counsel of record, now has 30 additional days to become familiar with the facts and procedural history of this case, this substitution will not unduly delay the proceedings, prejudice any other party, or alter any existing deadlines currently set by the Court.

**WHEREFORE**, **Amy E. Greer** prays that this Court grant this Motion, relieving her and Dratel & Lewis from all further responsibility in this action, and substituting **Jonathan Langer** as local counsel and co-counsel of record, alongside attorneys from **Partnership for Civil Justice Fund**, for **Party for Socialism and Liberation New Jersey.**

**Dated: October 16, 2026**

Respectfully submitted,

/s/ *Amy E. Greer*

**DRATEL & LEWIS**
Amy E. Greer (NJ # 395152022)
29 Broadway, Ste. 1412
New York, NY 10006
agreer@dratellewis.com
T: (212) 732-0707

*Attorney for Party for Socialism and Liberation New Jersey (Withdrawing)*

*/s/ Jonathan Langer*

LAW OFFICE OF JONATHAN LANGER, PLLC
Jonathan Langer (NJ # 578892026)
260 Madison Ave, 17th Floor
New York, NY 10016
Phone: 646.801.9332
jonathan@jonathanlangerlaw.com
*Attorney for Party for Socialism and Liberation New Jersey (Entering)*